32248. EVANS *v.* THE STATE.

MacINTYRE, P. J. The evidence was sufficient to authorize the verdict and the same having the approval of the trial judge, the court did not err in overruling the motion for a new trial, based solely on the general grounds.

*Judgment affirmed. Gardner and Townsend, JJ., concur.*

DECIDED JANUARY 21, 1949.

*R. Terry,* for plaintiff in error.
*J. R. Thompson, Solicitor,* contra.